| | |
|---|---|
| 1 | MCGREGOR W. SCOTT<br>United States Attorney |
| 2 | MICHAEL G. TIERNEY<br>Assistant United States Attorney |
| 3 | 2500 Tulare Street, Suite 4401<br>Fresno, CA 93721 |
| 4 | Telephone: (559) 559-4000<br>Facsimile: (559) 559-4099 |

Attorneys for the
United States of America

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>SIDNEY A. COWPILOW,<br><br>Defendant. | CASE NO. 5:19-po-00113-JLT<br><br>UNITED STATES' MOTION AND [~~PROPOSED~~] ORDER FOR DISMISSAL |

The United States now moves to dismiss citation 757079 issued to Sidney A. Cowpilow on February 8, 2019, without prejudice in the interest of justice and pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure.

Dated: May 29, 2019

McGREGOR W. SCOTT
United States Attorney

By: /s/ Michael G. Tierney
MICHAEL G. TIERNEY
Assistant U.S. Attorney

1

[~~PROPOSED~~] ORDER

The Court hereby orders that citation number 757079, issued to Sidney A. Cowpilow on February 8, 2019 is DISMISSED WITHOUT PREJUDICE

IT IS SO ORDERED.

Dated: **May 29, 2019**         **/s/ Jennifer L. Thurston**
UNITED STATES MAGISTRATE JUDGE